Copies Mailed/Faxed 11-22-19
Chambers of Vincent L. Briccetti DH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MELBOURNE RIDGE, JR.,
                Plaintiff,

v.

DETECTIVE MICHAEL G. DAVIS ET AL.,
                Defendants.
------------------------------------------------------------x

**ORDER**

18 CV 8958 (VB)

    The Court conducted an on-the-record conference today, at which plaintiff, who is proceeding pro se, appeared by telephone, and counsel for defendants appeared in person. Accordingly, it is HEREBY ORDERED:

    1. The Court DENIES IN PART defendants Mir, Goble, and Solomon's pending motion to dismiss (Doc. #46), inasmuch as the motion seeks dismissal of plaintiff's claims against Solomon for failure to comply with Fed. R. Civ. P. 4(m). For good cause, the time to serve Solomon with a summons and the complaint is extended to January 21, 2020.

    2. By December 6, 2019, defense counsel shall notify the Court of Solomon's current or last known address so that service on Solomon may be attempted.

    3. By December 6, 2019, plaintiff shall either (i) oppose the motion to dismiss for failure to state a claim (as to defendants Mir and Goble only), or (ii) notify the Court that he does not intend to oppose the motion.

    4. If plaintiff opposes the motion, defendants' reply shall be due December 13, 2019.

The Clerk is instructed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: November 22, 2019
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge