Copies Mailed/Faxed T/ + Corr. FAC -
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

MELBOURNE RIDGE, JR.,
        Plaintiff,

v.

MICHAEL G. DAVIS; EMMANUEL LEON-MARTINEZ; YERMIA SOLOMON; DAVID A. LINDSAY; and DILLON A. OTTINO,
        Defendants.
--------------------------------------------------------------x

**ORDER**

18 CV 8958 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/20

With respect to the case management conference scheduled for August 25, 2020, at 9:30 a.m., plaintiff and defense counsel shall attend by telephone by calling the following number and entering the access code when requested:

**Number:** (888) 363-4749 (toll-free) **or** (215) 446-3662

**Access Code:** 1703567

It is the responsibility of defense counsel to make prior arrangements with the appropriate facility to have plaintiff available by telephone.

The parties should be on the line by 9:30 a.m. and announce their names before speaking.

In the event plaintiff has retained counsel by the August 25, 2020, conference, counsel shall attend by using the above call-in information.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: August 18, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge