UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MELBOURNE RIDGE, JR.,
          Plaintiff,

v.

MICHAEL G. DAVIS; EMMANUEL LEON-
MARTINEZ; YERMIA SOLOMON; DAVID
A. LINDSAY; and DILLON A. OTTINO,
          Defendants.
--------------------------------------------------------------x

**ORDER**

18 CV 8958 (VB)

     By Order dated August 25, 2020, following an on-the-record telephone conference, the Court instructed plaintiff, who is proceeding pro se and in forma pauperis, to file a letter, by September 11, 2020, setting forth any pending discovery disputes or issues and explaining why plaintiff is entitled to information defendants have declined to provide, and also stating whether plaintiff consents to conducting all further proceedings before a magistrate judge pursuant to 28 U.S.C. § 636(c). (Doc. #74).

     In a letter dated September 9, 2020, plaintiff requests the Court schedule a conference with defense counsel, which "would serve to resolve all pending discovery issues." (Doc. #75 at ECF 1). Plaintiff's letter fails to describe any pending discovery disputes or issues or explain why plaintiff is entitled to information defendants have declined to provide.

     Plaintiff also informs the Court he consents to conducting future proceedings before a magistrate judge, and attached to his letter a partially executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form. (Id. at ECF 3).

     Accordingly, it is HEREBY ORDERED:

     1.     By September 25, 2020, defense counsel shall notify the Court in writing whether defendants consent to conducting all further proceedings before a magistrate judge. If so, then

defense counsel shall fully execute and file the consent form provided by plaintiff. (Doc. #75 at ECF 3).

2. By October 9, 2020, plaintiff shall file a letter that complies with the Court's August 25 Order, in which plaintiff must describe in detail any pending discovery disputes or issues and explain why plaintiff is entitled to information defendants have declined to provide. The Court has already scheduled a case management conference for October 22, 2020, to address any pending discovery disputes or issues. But plaintiff must identify any pending discovery disputes or issues so that defendants can address them, in writing, before the scheduled conference, and so the Court can address the pending disputes or issues at the October 22, 2020, conference.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: September 21, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge