UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MELBOURNE RIDGE, JR.,
          Plaintiff,

v.                                                                                    **ORDER**

MICHAEL G. DAVIS; EMMANUEL LEON-       18 CV 8958 (VB)
MARTINEZ; YERMIA SOLOMON; DAVID
A. LINDSAY; and DILLON A. OTTINO,
          Defendants.
--------------------------------------------------------------x

       By letter dated October 7, 2020, plaintiff identifies several discovery issues and argues why he is entitled to certain information defendants have not provided. (Doc. #78).

       Accordingly, it is HEREBY ORDERED:

       1.     By October 20, 2020, defendants shall respond to plaintiff's October 7 letter. Defendants' response shall not exceed three pages.

       2.     During the case management conference scheduled for October 22, 2020, the Court will address the matters raised by plaintiff in his October 7 letter.

       Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: October 16, 2020
       White Plains, NY

                                        SO ORDERED:

                                        Vincent L. Briccetti
                                        United States District Judge