UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MELBOURNE RIDGE, JR.,
                Plaintiff,

v.

**ORDER**

18 CV 8958 (VB)

MICHAEL G. DAVIS; EMMANUEL LEON-
MARTINEZ; YERMIA SOLOMON; DAVID
A. LINDSAY; and DILLON A. OTTINO,
                Defendants.
-----------------------------------------------------------x

        Due to logistical problems at Downstate Correctional Facility, the Court was unable to hold the status conference scheduled for today, Thursday, December 10, 2020. Accordingly, the status conference is adjourned to **January 11, 2021, at 10:00 a.m.** Counsel and pro se plaintiff shall attend the conference by calling the following number and entering the access code when requested:

        **Dial-In Number:**    (888) 363-4749 (toll free) or (215) 446-3662

        **Access Code:**    1703567

        It is the responsibility of defense counsel to make prior arrangements with the appropriate facility to have plaintiff available by telephone.

        Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: December 10, 2020
       White Plains, NY

                                            SO ORDERED:

                                            Vincent L. Briccetti
                                            United States District Judge