UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MELBOURNE RIDGE, JR.,

                Plaintiff,

    -against-

MICHAEL G. DAVIS, EMMANUEL LEON-MARTINEZ, YERMIA SOLOMON, DAVID A. LINDSAY, and DILLON A. OTTINO,

                Defendants.
---------------------------------------------------------------X

**ORDER**

18 Civ. 8958 (JCM)

      Defendants' motion for summary judgment is *sub judice*. The Court has reviewed the exhibits attached to Defendants' submissions. In order to assist the Court in its analysis, Defendants are directed to submit, by January 7, 2022, a complete, unredacted copy of Plaintiff's deposition transcript. Defendants are further directed to provide a copy to Plaintiff if they have not already done so.

      The Clerk is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

Dated:   January 6, 2022
           White Plains, New York

                                      **SO ORDERED:**

                                      _____
                                      JUDITH C. McCARTHY
                                      United States Magistrate Judge