UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MELBOURNE RIDGE JR.,

                        Plaintiff,                        **TRIAL ORDER**

-against-

                                                        18 Civ. 8958 (JCM)

MICHAEL DAVIS, *et al.*,

                        Defendant.
-------------------------------------------------------------X

The following dates shall apply to the trial of this matter:

1. The Court has requested that Jury Selection and Trial begin on August 15, 2022. Once the trial calendar is finalized, the Court will confirm the date or notify the parties of any changes.

2. Joint Pre-Trial Order, including complete exhibit and witness lists, must be filed by May 25, 2022. Please review the Court's Individual Rules of Practice for further instruction. All exhibits shall be pre-marked.

3. Proposed *voir dire* must be filed by May 25, 2022.

4. Proposed jury instructions and a proposed verdict form must be filed by May 25, 2022. Each party must submit a complete jury instruction for each claim or defense the party wishes to present to the jury, and each proposed jury instruction shall indicate the authority for the requested instruction and, if a pattern instruction is used, whether the proposed instruction has been adapted or modified.

5. Any motions *in limine* shall be filed by June 1, 2022.

6. Responses to motions *in limine* must be filed by June 17, 2022.

7. Final Pre-Trial Conference will be held on July 13, 2022 at 10:00 a.m. by phone. Counsel shall have Plaintiff on the line before calling the following number at the time of the conference: Toll-Free Number: 877-873-8017 Access Code: 4264138.

      The aforementioned papers shall be filed with the Clerk of the Court. The parties shall simultaneously provide courtesy copies to Chambers. The parties shall also provide the Court with courtesy copies of all exhibits, as well as any deposition transcripts to be used at trial, at least five days prior to the Final Pre-Trial Conference.

The Clerk is respectfully requested to mail a copy of this order to the *pro se* Plaintiff.

Dated: February 24, 2022
       White Plains, New York

**SO ORDERED:**

*[signature]*

JUDITH C. McCARTHY
United States Magistrate Judge