UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MELBOURNE RIDGE, JR.,

                                Plaintiff,

-against-

MICHAEL G. DAVIS, EMMANUEL
LEON-MARTINEZ, YERMIA SOLOMON,
DAVID A. LINDSAY, and DILLON A. OTTINO,

                                Defendants.
----------------------------------------------------------------X

Hon. Judith C. McCarthy

**ORDER TO PRODUCE
INCARCERATED PERSON
FOR TRIAL**

Case No.: 18-cv-08958-JCM

IT IS HEREBY ORDERED that the Superintendent or other official in charge of Riverview Correctional Facility, located in Ogdensburg, New York, produce incarcerated person, Melbourne A. Ridge, Jr., DIN No: 18-A-4392, to participate in a civil trial at the United States District Court for the Southern District of New York, The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150, on August 15, 2022 at 9:00 a.m. and on each day thereafter until conclusion.

Dated:    6-10   , 2022
White Plains, New York

                                                       HON. JUDITH C. McCARTHY
                                                       UNITED STATES MAGISTRATE JUDGE