UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MELBOURNE RIDGE, JR.,                               Hon. Judith C. McCarthy

                Plaintiff,                **ORDER TO PRODUCE INCARCERATED INDIVIDUAL**

-against-                                           Case No.: 18-cv-08958-JCM

MICHAEL G. DAVIS, EMMANUEL
LEON-MARTINEZ, YERMIA SOLOMON,
DAVID A. LINDSAY, and DILLON A. OTTINO,

                Defendants.
------------------------------------------------------------X

IT IS HEREBY ORDERED that the Superintendent or other official in charge of Gouverneur Correctional Facility, located in Gouverneur, New York, produce incarcerated individual, Melbourne A. Ridge, Jr., DIN No: 18-A-4392, to participate in a civil court conference at the United States District Court for the Southern District of New York, The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150, on January 26, 2023 at 11:30 a.m.; and

IT IS HEREBY FURTHER ORDERED that the Superintendent or other official in charge of Gouverneur Correctional Facility, located in Gouverneur, New York, produce incarcerated individual, Melbourne A. Ridge, Jr., DIN No. 18-A-4392, to participate in a civil trial at the United States District Court for the Southern District of New York, The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150, on February 6, 2023 at 9:00 a.m. and on each day thereafter until conclusion.

Dated: November 14, 2022
       White Plains, New York

                                                HON. JUDITH C. McCARTHY
                                                UNITED STATES MAGISTRATE JUDGE